GENE MCCANN v. W. IRVING THROCKMORTON and Others, Impleaded, etc. (Actions 1, 2 and 3.) — Motion for reargument denied, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs provided for in the order of this court entered May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GLENS FALLS INDEMNITY COMPANY v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal and for a stay denied, with ten dollars costs, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and the costs provided for in the order of this court entered on May 1, 1931. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NELLIE M. MAHANEY, as Sole Surviving Executrix, etc., of JOHN WHALEN, Deceased, v. 580 MADISON AVENUE, INC. 580 MADISON AVENUE, INC., v. NELLIE M. MAHANEY, as Sole Surviving Executrix, etc., of JOHN WHALEN, Deceased.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ETTORE SACCHI and Another v. SALVATORE D'ALESSANDRO and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SECOND AVENUE RAILROAD CORPORATION for a Certiorari Order to be Directed to WILLIAM G. FULLEN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH GALANTE, an Infant, etc., v. GENERAL MOTORS TRUCK COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ONOFRIO GALANTE v. GENERAL MOTORS TRUCK COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ARTHUR E. STECKLER v. WILLIAM L. DEUTSCH and IRVING D. KARPAS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

250 WEST FORTIETH STREET CORPORATION, on Behalf of Itself and All Other Creditors of the Defendant W. HAITCH REALTY CO., INC., v. S. & H. REALTIES, INC., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDITH GORDON, Also Known as EDITH SISSO, v. MORTIMER D. JONES, M. D., Superintendent of City Hospital, Welfare Island, and Another.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, Trustee in Bankruptcy, etc., and Others v. GALWAY WOOLEN MILLS, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.